UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-155-F-4
NO. 5:05-CR-155-F-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| GUSTAVO ADOLPHO VELASQUZ-BONILLA ) | |
| VICTOR MCCRAE ) | |

It appearing to the Court that during the investigation of the above-captioned case, one (1) Bersa .380 handgun with the serial number removed; one (1) magazine for the .380 handgun, and six (6) rounds of .380 ammunition were seized during the investigation and maintained as evidence.

It further appearing to the Court that this case has been dismissed, and thereby fully adjudicated, the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described items be disposed of or destroyed by Special Agent Paul J. Headley or a member of the Federal Bureau of Investigation in accordance with regulations of the Federal Bureau of Investigation.

This the  16ᵗ  day of April, 2015.

_____
JAMES C. FOX
Senior United States District Court Judge