UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-155-F-4
NO. 5:05-CR-155-F-5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| GUSTAVO ADOLPHO VELASQUZ-BONILLA ) | |
| VICTOR MCCRAE ) | |

The United States of America by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court, pursuant to Fed. R. Crim .P. 48(a), to dismiss all charges in the pending Superseding Indictment and Second Superseding Indictment, as they relate to defendants Gustavo Adolpho Velasquz-Bonilla and Victor McCrae only.

Such charges include Count One of the Superseding Indictment and Counts One, Two, and Three of the Second Superseding Indictment, as they relate to defendant Gustavo Adolpho Velasquz-Bonilla, and Count One of the Superseding Indictment and Counts One, Two, and Three of the Second Superseding Indictment as they relate to defendant Victor McCrae.

[Remainder of page intentionally blank]

For good cause shown, the Motion to Dismiss [DE-333] is ALLOWED. All charges pertaining to the defendants listed herein are hereby DISMISSED as they relate to these defendants only.

So ORDERED this 18 day of May, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge