IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-155-F-1
No. 5:05-CR-155-F-2
No. 5:05-CR-155-F-3
No. 5:05-CR-155-F-4
No. 5:05-CR-155-F-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| CARLOS JAVIER MEDINA- ) | |
| CASTELLANOS, ) | |
| MAHMOUD BASSAR, ) | |
| a/k/a "Mack," ) | |
| JOSE FRANCISCO ORLANDO, ) | |
| a/k/a Erick Galindo ) | |
| a/k/a Carlos Bindel, ) | |
| GUSTAVO ADOLPHO VELASQUEZ- ) | |
| BONILLA, ) | |
| a/k/a/ Jose Medina Flores, ) | |
| VICTOR McCRAE ) | |
| a/k/a "the Pamanamian" ) | |

At the direction of the Court, and for the continued efficient administration of justice, the

this case as to all defendants is reassigned to the Honorable Louise Wood Flanagan, United States

District Judge, for all further proceedings **All future documents shall reflect the revised case**

**number of 5:05-CR-155-FL.**

SO ORDERED. This the 8th day of July, 2019.

/s/ Peter A. Moore, Jr.
Clerk of Court